

## United States District Court
## Eastern District of California

| | |
|---|---|
| L4 ENTERPRISES, INC. | |
| Plaintiff(s) | Case Number: 1:26-cv-01035-JLT-CDB |
| V. | |
| HOME INSTEAD, INC. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Theresa D. Koller _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant, Home Instead, Inc. _____

On _____ 09/17/2002 _____ (date), I was admitted to practice and presently in good standing in the _____ Nebraska _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____ 03/30/2026 _____        Signature of Applicant: _____

**Pro Hac Vice Attorney**

Applicant's Name: Theresa D. Koller

Law Firm Name: Cline Williams Wright Johnson & Oldfather, LLP

Address: 12910 Pierce Street, Suite 200

City: Omaha   State: NE   Zip: 68144

Phone Number w/Area Code: (402) 397-1700

City and State of Residence: Omaha, NE

Primary E-mail Address: tkoller@clinewilliams.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Elizabeth Weldon

Law Firm Name: Haynes and Boone, LLP

Address: 600 Anton Boulevard, Suite 700

City: Costa Mesa   State: CA   Zip: 92626

Phone Number w/Area Code: (949) 202-3011   Bar # 223452

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 31, 2026      _____

JUDGE, U.S. DISTRICT COURT