

# United States District Court
# Eastern District of California

L4 Enterprises, Inc. dba Home Instead

Plaintiff(s)

V.

Home Instead, Inc.

Defendant(s)

Case Number: 1:26-cv-01035- JLT-CDB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
John P. Streelman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff L4 Enterprises, Inc. dba Home Instead

On _____10/23/2006_____ (date), I was admitted to practice and presently in good standing in the
_____Colorado Supreme Court_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____03/31/2026_____    Signature of Applicant: /s/ _John P. Streelman_

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | John P. Streelman |
| Law Firm Name: | Nelson Mullins Riley & Scarborough LLP |
| Address: | 1400 Wewatta Street |
| | Suite 500 |
| City: | Denver    State: CO    Zip: 80202 |
| Phone Number w/Area Code: | (303) 583-9928 |
| City and State of Residence: | Littleton, Colorado |
| Primary E-mail Address: | john.streelman@nelsonmullins.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Amy M. Toboco |
| Law Firm Name: | Nelson Mullins Riley & Scarborough LLP |
| Address: | 19191 South Vermont Ave., Suite 900 |
| City: | Torrance    State: CA    Zip: 90502 |
| Phone Number w/Area Code: | (424) 221-7415    Bar # 149508 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  April 7, 2026

_____
U.S. Magistrate Judge Christopher D. Baker